IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ARAFAT ALLAHHAM, | § |
| Petitioner, | § |
| V. | §   No. 3:21-cv-2503-E |
| EDDY RICE, Warden, Okmulgee County Jail, Okmulgee, Oklahoma, ET AL., | § |
| Respondents. | § |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The Court therefore TRANSFERS this habeas action to the Eastern District of Oklahoma.

SO ORDERED this 9th day of November, 2021.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE